IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN SPADE,

      Plaintiff,                    No. 2:12-cv-1024 JFM (PC)

    vs.

DENISE WISCHER, et al.,

      Defendants.              <u>ORDER</u>

                               /

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee. <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; any application to proceed in forma pauperis must be prepared on the form provided with this order and must bear the case number assigned to this action; plaintiff's failure to comply with this order may result in the dismissal of this action; and

1

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: April 30, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

lkly
spad1024.3ajfm

```
 1
 2
 3
 4
 5                    IN THE UNITED STATES DISTRICT COURT
 6                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 7  STEPHEN SPADE,
 8           Plaintiff,                    No. 2:12-cv-1024 JFM (PC)
 9      vs.
10  DENISE WISCHER, et al.,                SUBMISSION OF
11           Defendants.                   IFP or FILING FEE
12  _____/
13           Plaintiff hereby submits the following document in compliance with the court's
14  order filed _____:
15           _____          IFP affidavit
16           _____          The appropriate filing fee
17  DATED:
18
19                                          _____
20                                          Plaintiff
21
22
23
24
25
26
                                     3
```